# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.F., a minor by and through her Guardian Ad Litem BRENDA JEAN FARMER,<br><br>                     Plaintiff,<br><br>          v.<br><br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                     Defendant. | Case No. 2:19-cv-04860-MAA<br><br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.


DATED:  July 24, 2020


_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE